IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CYNTHIA FOSTER BROWNING ) | CHAPTER: 13 |
| SSN: XXX-XX-6229 ) | CASE NO.: 15-09120 |
| 3518 WHITEBUD LANE ) | JUDGE: WALKER |
| MURFREESBORO, TN 37128 ) | |
| ) | |
|     Debtor | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: November 9, 2018**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: November 21, 2018 at 8:30a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

**NOTICE OF AMENDED MOTION TO UTILIZE INSURANCE PROCEEDS TO PAY SECURED CLAIM AND REQUIRE RELEASE OF LIEN, MODIFY CHAPTER 13 PLAN, AND INCUR DEBT**

Debtors have asked the court for the following relief: To utilize insurance proceeds to pay secured claim and require release of lien, Modify Chapter 13 Plan, and Incur Debt.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date: October 19, 2018 | Signature: /s/ Mary Beth Ausbrooks |
| | Name: Mary Beth Ausbrooks |
| | Address: 1222 16th Avenue South, Suite 12 |
| | Nashville, TN 37212-2926 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| CYNTHIA FOSTER BROWNING | ) | CHAPTER: | 13 |
| SSN: XXX-XX-6229 | ) | CASE NO.: | 15-09120 |
| 3518 WHITEBUD LANE | ) | JUDGE: | WALKER |
| MURFREESBORO, TN 37128 | ) | | |
| | ) | | |
|     Debtor | | | |

**<u>AMENDED MOTION TO UTILIZE INSURANCE PROCEEDS TO PAY SECURED CLAIM AND REQUIRE RELEASE OF LIEN, MODIFY CHAPTER 13 PLAN AND INCUR DEBT</u>**

COMES the Debtor, by and through counsel, Rothschild & Ausbrooks, PLLC, and pursuant to Local Rule 9013-1, move for an order granting this Motion to Utilize Insurance Proceeds to pay secured claim and require release of lien and states as follows:

1. The Debtor moves for an Order authorizing her to use insurance proceeds received from Allstate Auto Insurance in the amount of $9,839.55, Estimate of Record attached hereto as exhibit, for the Debtor's 2013 Hyundai Elantra that was destroyed in a recent accident.

2. Allstate Auto Insurance has offered an insurance settlement check, after the deductible, of $9,839.55. The Debtor proposes to use a portion of the proceeds to pay the remaining claim of Insolve Auto Funding in the amount of $8,519.11 (9/2018), and use the remaining proceeds in the amount of $1,320.44 as a down payment on a replacement vehicle. The amount of the remaining claim of Insolve Auto and the excess funds payable to the Debtor are subject to change after receipt of additional payments from the Chapter 13 Trustee during the pendency of this Motion. Counsel for the Debtor shall update these amounts accordingly in the submitted order granting this application.

3. Upon this motion be granted, Allstate Auto Insurance shall issue two (2) separate checks, one payable Insolve Auto Funding in the amount of $8,519.11(subject to change after receipt of additional payments from the Chapter 13 Trustee. See Paragraph 2 above) and mailed in c/o Capital Recovery Group, Dept. 3403, PO Box 123403, Dallas, TX, 75312-3403, to be earmarked for the final payment of its claim. The Trustee would cease all payments on the claim to Insolve Auto Funding (ECF Claim #9). The second check shall be made payable to

the Debtor in the amount of $1,320.44 (subject to change after receipt of additional payments from the Chapter 13 Trustee. See Paragraph 2 above) and mailed directly to her to be used as a down payment on a replacement vehicle.

3. Debtor further moves to require Insolve Auto Funding to release the lien on the title of the destroyed 2013 Hyundai Elantra, and remit same to Allstate Auto Insurance Auto Claims, Copart 45491758, PO Box 1170, Lebanon, TN 37088 to allow Allstate Auto Insurance to dispose of the salvage.

4. Debtor further moves to require Insolve Auto Funding to execute all necessary forms to complete this transaction as quickly as possible.

5. Debtor further moves to reduce plan payments from $807.00 monthly to $407.00 monthly by only removing the claim of Insolve Auto Funding. The monthly payments to Insolve Auto Funding would cease. The dividend of one hundred percent (100%) and the base amount would remain the same.

6. Debtor is in need of a replacement vehicle and requests permission to incur debt with a principal amount of no more than $20,000.00, with an interest rate of no more than 22% and a monthly payment of no more than $400.00. Debtor attaches an Amended Family Budget which reflects her current household income and expenses, along with a replacement vehicle payment and any other changes since the last budget was submitted.

7. Debtor attended the Trustee's money management course on September 11, 2018.

Respectfully submitted,

*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of October, 2018, I mailed/e-mailed a copy of the foregoing to the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203; to Office of the U.S. Trustee, 701 Broadway, Suite 318, Nashville, TN 37203; to the Debtor at the address referenced; to Allstate Auto Insurance Auto Claims, Copart 45491758, PO Box 1170, Lebanon, TN 37089; and to Insolve Auto Funding, c/o Capital Recovery Group, Dept. 3403, PO Box 123403, Dallas, TX, 75312-3403 and to all the creditors in

Case 3:15-bk-09120    Doc 37    Filed 10/19/18    Entered 10/19/18 08:25:07    Desc Main
Document    Page 3 of 6

*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks

TOTAL MAILINGS: 27 = $27.00

**ADVANCE AMERICA**
810 NW Broad Street, Suite 210
Murfreesboro TN 37129

**ADVANCE FINANCIAL/HARPETH FIN**
1901 CHURCH STREET
Nashville TN 37203

**ADVANCE PAYCHECK ONLINE**
2400 Caton Farm Rd. Unit-P
Crest Hill IL 60403

**BANK OF AMERICA**
MURFREESBORO MAIN
120 E MAIN ST
Murfreesboro TN 37130

**BETTY FOSTER**
101 OZBURN ST.
Pinckneyville IL 62274

**CASH CENTRAL OF TN, LLC**
84 EAST 2400 NORTH
Logan UT 84341

**CASHNET USA**
CNU OF TN, LLC
ATTN: STATEMENT MANGER
175 W. JACKSON BLVD. STE 1000
Chicago IL 60604

**Check Into Cash**
PO Box 550
Cleveland, TN 37364-0550

**Dept Of Education/neln**
121 S 13th St
Lincoln NE 68508

**Enhanced Recovery Co L**
8014 Bayberry Rd
Jacksonville FL 32256

**EQUITY TRANSACTIONS INC**
DBA FAST CASH
1708 MEMORIAL BLVD
MURFREEBORO TN 37129

**FAST CASH**
1708 MEMORIAL BLVD.
Murfreesboro TN 37129

**Harpeth Financial Services, LLC**
c/o Glen Watson, Attorney
P.O. Box 121950
Nashville, TN 37212

**INLAND BANK**
2805 BUTTERFIELD RD. STE 200
Oak Brook IL 60523

**InSolve Auto Funding, LLC , c/o Capital Recovery G**
PO Box 64090
Tucson, AZ 85728-4090

**InSolve Auto Funding, LLC, c/o Capital Recovery Gr**
Dept 3403
PO Box 123403
Dallas, TX 75312-3403

**LOAN BY PHONE OF TN LLC**
201 KEITH ST.
Cleveland TN 37311

**MAKES CENTS D/B/A MAXLEND**
PO BOX 639
Parshall ND 58770

**Portfolio Recovery Ass**
120 Corporate Blvd Ste 1
Norfolk VA 23502

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**Quantum3 Group LLC as agent for**
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

**SANTANDER CONSUMER (RA)**
C/O CT Corporation Systems
350 N. St. Paul Suite 900
Dallas TX 75201

**Santander Consumer Usa**
Po Box 961245
Ft Worth TX 76161

**Santander Consumer USA Inc.**
P.O. Box 560284
Dallas, TX 75356

**SPEEDY CASH**
PO BOX 101928 DEPT 2280
Birmingham AL 35210

**US Department of Education**
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

**ZWICKER AND ASSOCIATES PC**
80 MINUTEMEN RD
Andover MA 01810-1031